**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS GRESH,** | : | **CIVIL ACTION NO. 1:15-CV-1466** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **HUNTINGDON COUNTY, *et al.*,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 19th day of January, 2016, upon consideration of *pro se* plaintiff's second motion (Doc. 79) to appoint counsel, and it appearing that the court conditionally granted plaintiff's previous motion (Doc. 73) to appoint counsel in an order dated December 6, 2016, (Doc. 78), it is hereby ORDERED that plaintiff's second motion (Doc. 79) to appoint counsel is DENIED as moot.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania