# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS GRESH,** | : CIVIL ACTION NO. 1:15-CV-1466 |
| Plaintiff | : |
| | : (Chief Judge Conner) |
| v. | : |
| **HUNTINGDON COUNTY,** *et al.*, | : |
| Defendants | : |

## ORDER & JUDGMENT

AND NOW, this 9th day of August, 2017, upon consideration of defendants' motion (Doc. 87) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 87) for summary judgment is GRANTED.

2. Judgment is ENTERED in favor of Sheriff William G. Walters, Chief Deputy Mark Foor, Sergeant Jeff Leonard, Deputy Dan McCartney, Deputy Tammy S. Foor, and Deputy Larry Cressman, and against plaintiff Dennis Gresh on all remaining counts of the amended complaint. (Doc. 40).

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania